THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATT NOSLER and DHT ENTERPRISES                                    PLAINTIFFS

v.                            Case No. 4:20-cv-00267-KGB

QUICK & ASSOCIATES, JAY HIGGINS, and JEFF QUICK          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiffs Matt Nosler and DHT Enterprises' complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 7th day of December, 2020.

_____
Kristine G. Baker
United States District Judge